U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR 18 PM 12:54

CLERK
BY _____AL-_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Case No.: 2:24-cr-42-1
)
SHANT MICHAEL SOGHOMONIAN )
(aka Michael Soghomonian), )
Defendant. )

## INDICTMENT

The Grand Jury charges:

### Count One

On or about April 5, 2024, in the District of Vermont, defendant SHANT MICHAEL SOGHOMONIAN (also known as Michael Soghomonian) maliciously damaged, and attempted to damage and destroy, by means of fire, the building at One Church Street in Burlington, Vermont, which was used in, and in activities affecting, interstate commerce.

(18 U.S.C. §§ 844(i))

A TRUE BILL

_____
FOREPERSON

_____ (MJL)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
April 18, 2024