NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                   Case No.  2:24-cr-42-1

Shant Michael Soghomonian

TAKE NOTICE that the above-entitled case is scheduled for Tuesday, April 23, 2024 at 1:00 p.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for an Arraignment.

Location:  Burlington – 410 Courtroom                  JEFFREY S. EATON, Clerk
                                                                                    By: */s/ H. Beth Cota*
                                                                                    Deputy Clerk
                                                                                   4/18/2024

TO:

Matthew J. Lasher, AUSA

Mary M. Nerino, AFPD